FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 JAN 26 A 9:35
TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 26 2022
By: TAMMY H. DOWNS, CLERK
DEP CLERK

CASE NO. 4:22-cv-00073-KGB

**Parties**

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: GARY LEON WEBSTER
ADC # 114018
Address: 2400 State Farm Rd., Tucker, AR. 72168-0240

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: DR. ZHENG-LI SHI
Position: SCIENTIST
Place of employment: Scientific Institute of Virology
Address: Wuhan, China

Name of defendant: SERUM INSTITUTE (SII)
Position: VACCINE PRODUCTION
Place of employment: INDIA

This case assigned to District Judge Baker
and to Magistrate Judge Harris

Address: MULTIPLE PROVINCES IN INDIA

Name of defendant: COVISHIELD *

Position: PROPERTY OF ASTRAZENECA *

Place of employment: LONDON, ENGLAND + STOCKHOLM, SWEDEN

Address: WORLDWIDE - REFER TO Hdqtrs: 5

Name of defendant: GILEAD SCIENCES *

Position: BIOTECH FIRM; PHARMACEUTICAL PROD.

Place of employment: HEAD QUARTERS

Address:

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ■ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

[] Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

[] Court (if federal court, name the district; if state court, name the county):

       ☐    Docket Number: _____

       ☐    Name of judge to whom case was assigned: _____

       ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

       ☐    Approximate date of filing lawsuit: _____

       ☐    Approximate date of disposition: _____

IV.   Place of present confinement: __TUCKER UNIT, AR. DEPT OF CORR.__

V.   At the time of the alleged incident(s), were you: (check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    __✓__ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _____   No __✓__

    B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

        Yes _____   No __✓__

Yes _____ No _____

If not, why? JURISDICTION WOULD NOT BE LOST IN GRIEVANCE.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"AND THEY CAME TO SAY IT WAS THE WORST MAN-MADE DISASTER IN HUMAN HISTORY. MAN MADE COMPANIES, AND CALLED THEM THINGS AS ° E GENESIS. AND DEVELOPED TECHNIQUES LIKE CRISPR AND CAS9, AND THEY SPLICED AND EDITED GENES, AND THEY HYBRIDIZED DNA, AND THEY MANIPULATED AND CLONED BACTERIA. AND THE BACTERIA QUIT PRODUCING ANTIGENS. INSTEAD, IT PRODUCED ONLY VIRUS. AND THIS PANDEMIC OF A VIRAL PATHOGEN WAS AT ITS END, OR SO THEY THOUGHT. BUT VIRUS AND PROTEINS SELF-ASSEMBLE, AND WHEN THEY DO, THEY PHYSICALLY REMEMBER WHAT TRIED TO DESTROY THEM IN THE PAST. SO, THE BACTERIA, BEING COMPROMISED AND FLOODED TO THE SATURATION POINT, SOUGHT PROTECTION FROM THE LIFE CRITICAL

※ (SEE) = ATTACHED PAGES = (p.2)-CONT.)

- protein, and that protein built an impenetrable shield around that lethal thing, that man, in all his science, could not penetrate."

"And then, these defendants, only a few compared to the surreptitious brood, fell into their granite beds, in their castles in the air, and that space they had made into a vacuum, unbreached by human misery, and cries to torture and murder, they separated themselves from the human heart. In that self assembled aether, they remained alone, blind in their delusion, past the point of no return. And like any other, became victims of their own desires."

"And this was, and is, 'The Shape of Things, and its relevance to this action at law by the plaintiff will become clear.'"

"Involvement of the defendants will not be in order of listing."

"Thus, let's start with Gilead Sciences, a biotech firm producing pharmaceuticals. This company held the patent on 4 drugs that combated HIV/AIDS. Then, they balked on sharing these patents, and around the world, thousands upon thousands died. This company saw epidemics, and plagues and rampant diseases as boom markets, in which governments, to avoid an apocalyptic future, are forced to buy, at a high cost, whatever

(Cont. - P3.)

life-saving products the PRIVATE SECTOR* has under patent. (This example)*:(Vaccines for Covid-19 virus, complete with its' sum of mutations.)"

"The chairmen with all the minions made, and make, for infinite wealth beyond measure. Yet, those key players, though they live in the afore mentioned castles in the air, those granite beds will find no purchase for rest, or comfort. That is such that cannot be bought with money."

"Thus, the contention of the plaintiff is that this pandemic has a high probability of its' genesis lying in intent of a purposeful nature."

"The arithmetical sum of the worlds' population is usurped, now, by the geometric exponential of expansion in which the resources of the earth have succumbed to such a number, and war and plagues, then, especially now, are a 'necessity.'"

"And in this geometrical expansion, one can come to proof with side-angle-side, and angle-side-angle, coupled with givens, and postulates, in their direct analogy with economy, science, and politik; then economy, politik, and actuary; that probability and odds are overcome, with the proof of the premise and theory."

"The plaintiff may now list his ongoing diary of this pandemic, to show the contradictions that are becoming in effect, a gross, terrible sadness in failing of those entities, as their positions are susceptible to the Peter

(Cont.-P4)

(Claim cont.): (PAGE 4)

principle. The plaintiff suffers no such weakness."

"And, only he, presents this action at law, for his own relief."

"The predictability of unprecedented hyper-inflation, economic and political chaos, not only presides there, but will reach all humankind in its onslaught. And this will not end. This pandemic will be perpetual."

**

- The variant labeled - Vietnam was quashed.
- A new variant in France was quashed.
- The Omicron variant is all the media seems concerned with.
- The vaccine for the Omicron variant won't be ready until March, 2022, if then...
- Why? - Because the virus is becoming more than a chimera. Again, it is expanding. And, it remembers what attempted to destroy it. (A vaccine). And, it will finally escape any such attempt."

"The plaintiff has stated, (on record), many things that have come to pass.
- In the 3rd wave, he predicted the fourth. Now, in this '5th' wave, the plaintiff contends that there will be a SIXTH.
- He stated that we should wait for that 1 vaccine to cover all possible mutation. That is now on the table.
- He fears when that happens, or before, that crucial molecular biological factors will then come into play."

(cont., P.5).

"As previously stated, the cloning of genes and bacteria, will arrive into a state that the bacteria (good and bad) will stop producing antigens (antibodies) and become sole producers of virus."

"Virus and proteins self-assemble into a infinite number. The proteins will, then, become protectors of such bacteria. Even though they have been tricked. The bacteria will transform into a circle (war round), and the protein will encapsulate the bacteria with an impenetrable 'shield'. That will come to be the 7th wave."

"The plaintiff show a key move of conflict, then toward deliberate intent. The U.S. agreed to give 60 million un-used AztraZeneca vaccines doses to India. Why would India need that kind of support when it was the worlds' leading producer of vaccines? - The United Kingdom made it a crime to genetically engineer an organism. So AztraZeneca becomes Covishield in India. Yet, in India, the majority of its population went without."

("So, up popped wuhan. And Zheng-Li Shi has to be aware of molecular genetics to become such a virologist.")

"Up popped the Delta variant in India, the subject of so much benevolent assistance. And in the confusing fray, African countries, outside of democratized

(cont. P6)

(claim cont.).                                                                  (PAGE 6).

- ORGANIZED RESOURCES, ARE DECIMATED. And, it is conveniently forgotten that NONE will be SAFE, UNTIL EVERYONE is SAFE. (OR, perhaps that fact is not forgotten).

"AstraZeneca (COVIshield) was HALTED in ITALY AND FRANCE, before it was rendered ineffective in South Africa, (where the Omicron variant all of a sudden, popped up.)

- During this pandemic, no one under 40 was infected. Vaccinated humans did not transmit this virus. This virus did not break-through vaccine protocols. Re-infection was a rarity, like "blood clots", and carditis. These things only matter to the friends and loved ones of the afflicted, and dead."

"And the plaintiff. He is of blood type (A-). That is the type stated where blood clots occur most. AstraZeneca (COVIshield), and Johnson & Johnson both have been found to produce such."

"Thus, the plaintiff suffers physical danger and emotional distress, and seeks relief in this action at law."

Respectfully,

Gary Leon Webster
Plaintiff
2400 State Farm Road
Tucker, Arkansas
72168-0240

end.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Gain Jurisdiction, as your right, in legal status, and assist the plaintiff in relief."

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21st day of January, 2022.

*Gary Leon Webster*

Signature(s) of plaintiff(s)

- 8 -

Gary L Webster
2400 State Farm Road
Tucker, Arkansas
72168-0240

United States District Court
Eastern District of Arkansas
Central Division
600 West Capitol Avenue, Suite A-149
Little Rock, Arkansas
72201-3325

\* RETURN RECEIPT
REQUESTED.

\* (ATTN): LEGAL MAIL