IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                                          **PLAINTIFF**

v.                              Case No.  4:22-cv-00073-KGB

**ZHENG-LI SHI,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Gary Webster's complaint is dismissed without prejudice.  The Court denies the requested relief.

So adjudged this 16th day of March, 2022.

_____
Kristine G. Baker
United States District Judge